IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS.   CASE NO. 4:06-CR-00198 JLH | |
| ANDREA KEITH DODDS | DEFENDANT |

### ORDER

The Order Setting Conditions of Release (DE #6), filed June 27, 2006, is amended as follows:

(X) (e)  Defendant is to maintain or actively seek employment.

(X) (o)  Defendant is to refrain from any use of alcohol.

(X) (t)  Defendant will not be placed on electronic monitoring or other location verification system.

IT IS SO ORDERED this 14/2 day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE