**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                         No. 4:06CR00198 JLH

ANDRE KEITH DODDS                                                                                              DEFENDANT

**ORDER**

The motion to appoint counsel for Andre Dodds is GRANTED. Document #107. Federal Public Defender Kim Driggers is hereby appointed to represent Dodds. The motion to hold the section 2255 petition in abeyance is GRANTED. Document #109. The petition is held in abeyance pending a decision by the United States Court of Appeals for the Eighth Circuit as to whether Dodds will be permitted to file a second or successive petition. The Court directs Dodds' attorney to notify this Court promptly after receiving a decision from the Eighth Circuit.

IT IS SO ORDERED this 27th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE