**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                                   NO. 4:06CR00198 JLH

ANDRE KEITH DODDS                                                                 DEFENDANT

### ORDER

     Andre Keith Dodds' motion to withdraw his request to hold his section 2255 petition in abeyance is GRANTED.  Document #112.  Dodds has now filed an amended motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, so his previous motion is DENIED AS MOOT.  Document #108.  The Court directs the United States to file a response to Dodds' amended motion within thirty days from the entry of this Order.

     IT IS SO ORDERED this 16th day of August, 2016.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE