**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                    NO. 4:06CR00198 JLH

ANDRE KEITH DODDS                                                                    DEFENDANT

## ORDER

Andre Keith Dodds has filed an amended motion to correct his sentence under 28 U.S.C. § 2255. Dodds was sentenced to 180 months under the Armed Career Criminal Act, which imposes a mandatory minimum sentence of 15 years for defendants convicted of certain firearm offenses under 18 U.S.C. § 922(g) and who have three prior convictions for violent felonies or drug trafficking offenses. 18 U.S.C. § 924(e)(2)(B). Dodds argues that in the light of *Johnson v. United States*, 135 S. Ct. 2555 (2015), he no longer has three qualifying offenses. He has requested that an amended judgment and commitment order be entered reducing his sentence to time served to be followed by three years of supervised release. The United States has filed a response saying that Dodds is correct that he only has two predicate offenses. The United States has requested that Dodds' motion to correct his sentence be granted.

Without objection, therefore, the amended motion to correct sentence under 28 U.S.C. § 2255 is GRANTED. Document #113. An amended judgment will be entered separately reducing Dodds' sentence to time served to be followed by three years of supervised release, with all other conditions remaining the same.

IT IS SO ORDERED this 25th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE